May 24, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF KELLY MARIE DAY AND
TIMOTHY RICHARD DAY

NO. 14-15-00326-CV

_____

This cause, an appeal from the judgment in favor of appellee, Kelly Marie Day, signed October 15, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **MODIFY** the divorce decree of the court below to remove the award of spousal maintenance in the amount of $1333.33 per month for 60 months.

We order the divorce decree of the court below **AFFIRMED** except as modified in this judgment.

We order each party to pay its costs incurred because of this appeal.

We further order this decision certified below for observance.